FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAY -6 AM 10: 36

CLERK _____
SO. DIST. OF GA.

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Zamfira D. Marshall
_____
_____
_____
(Enter above full name of plaintiff or plaintiffs)

v.

PARK White
JAMES G BlANChARd
PETER JohNSoN
_____
(Enter above full name of defendant or defendants)

CV 116-057

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?     Yes ____ No ✓

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Docket number: _____

        4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?          Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
    Yes _____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____
   _____
   _____

2. Court (name the district):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes _____ No _____

   1. If your answer to C is yes, name the court and docket number for each case:
   _____  _____
   _____  _____
   _____  _____
   _____  _____

II. Place of present confinement: COFFEE COUNTY  NICHOLLS, GA

   A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

   B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes ___ No ✓

   C. If your answer to B is yes:

      1. What steps did you take? _____
      _____
      _____
      _____
      _____

      2. What was the result? _____
      _____
      _____
      _____
      _____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?     Yes ___ No ___

If yes, what was the result? _____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: THE GRIEVANCE PROCEDURE doe NOT COVER the complaints OF this LAWSuit

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: ZAMFIRA MARSHALL #1000905500
   Address: CCA COFFEE County correctional FAcility
   PO BOX 650
   NIcholls GA. 31554

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: PARK WHITE
   Position: district Attorney
   Place of employment: AuGustA Richmond County Judicial center
   Current address: 735 JAMES BROWN Boulevard, Suite 1500
   Augusta, GEORGIA 30901

C. Additional defendants: JAMES G. BlAnchArd
   PEter Johnson

4

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Presentation and allowance of witness testimony without producing said witness to allow for cross examination (Desean Demetrius Lowe) this occurred on 05-01-2012 and was witnessed by James G. Blanchard, Park White, Peter Johnson.

Presented latent fingerprints with the implication that they were my fingerprints. But, did not actually prove they were my fingerprints. These implied fingerprints were never actually produced in court this occurred on 05-01-2012 and was witnessed by James G. Blanchard, Park White, Peter Johnson

Allowed inconclusive identification of me as the perpatraitor when used to identify me as the defendant, only that I matched the racial description of being a black man. this occurred on 05-01-2012 and was witnessed by James G. Blanchard, Park White, Peter Johnson

5

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want my name cleared and a better establishment of rules concerning the introduction of questionable evidence.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of April 2016.

Prisoner No. 1000905500

_____
(Signature of Plaintiff)

[Notary seal: LINDA FAYE WALKER, NOTARY PUBLIC, TELFAIR COUNTY, Expires December 30, 2018]

6

## Certificate of Service

This is to certify that I have this day a served a true and correct copy of the within and foregoing document(s) upon the party(s) listed below by depositing a copy of the same in the United States mail in a properly addressed enveloped with adequate postage thereon or submitted same to the institutional legal mail system, to bellow addressee(s)

PARK WHITE

Document(s) Included:
1) _____

This 11 Day of April, 2016

Respectfully submitted,
/s/ Zanfira D. Marshall
Pro Se

Signature: Zanfira D. Marshall
Print: Zanfira Marshall
GDC#: 1000905500
Address: CCF PO Box 650
Nicholls, Ga 31554

[Notary Seal: LINDA FAYE WALKER, NOTARY PUBLIC, Expires December 30, 2018, TELFAIR COUNTY]
[Signature: Linda Faye Walker]