IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ZAMFIRA D. MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-057 |
| | ) | |
| PARK WHITE, District Attorney, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Rather than file an amended complaint, Plaintiff has elected to file a petition for a writ of habeas corpus under 28 U.S.C. § 2254 in a new case. See Marshall v. Coffee Corr. Facility, CV 116-088, doc. no. 1, (S.D. Ga. June 24, 2016). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action. The Court will address Plaintiff's claims in his newly filed petition in CV 116-088.

SO ORDERED this 21st day of July, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA